John P. Klufetos, Appellee, v. Thomas J. Friel and Charles C. Renshaw et al., Trading as Chicago Surface Lines, Appellants.

Gen. No. 44,079.

opinion filed February 25, 1948; rehearing denied March 25, 1948; released for publication March 25, 1948. Werner W. Schroeder, William S. Allen, Geoffrey Fleming and Arthur J. Donovan, for appellants; William J. Flaherty, of counsel; Bernard J. Hecker and A. A. Glaubach, for appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.